UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-12186-RGS
CRIMINAL ACTION NO. 10-10189-RGS

AYLIS DRYDEN

v.

UNITED STATES OF AMERICA

ORDER ON MOTION TO VACATE AND CORRECT SENTENCE
PURSUANT TO 28 U.S.C. §2255 AND ON PETITIONER'S ELIGIBILITY
FOR A CERTIFICATE OF APPEALABILITY

January 29, 2013

STEARNS, D.J.

In light of petitioner Dryden's January 13, 2014 refusal to waive attorney-client privilege with respect to the claims of ineffective assistance asserted against his trial court counsel, the petition is hereby <u>DISMISSED</u> with prejudice.[1] Petitioner's request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 is also <u>DENIED</u>, the court discerning no meritorious or substantial basis for such an appeal.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's attempt to carve out and preserve an "*Alleyne-Apprendi*" claim based on counsel's failure to prosecute such a claim before the District Court or on appeal, is also foreclosed by the refusal to waive attorney-client privilege.