UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) | CRIMINAL ACTION NO. **10-10189-RGS** |
| V. )<br>)<br>AYLIS DRYDEN )<br>) |  |

**MOTION TO HAVE APPOINTED COUNSEL TO INVESTIGATE MOTION FOR RELIEF**
**UNDER *REHAIF v. UNITED STATES***

Defendant Aylis Dryden hereby moves this Court, pursuant to General Order 19-4, dated September 18, 2019 of the United States District Court for the District of Massachusetts, to appoint James B. Krasnoo as his attorney to investigate the possibility of relief for the defendant under *REHAIF v. UNITED STATES* 139 S.Ct. 2191 (2019) and further asks that the appointment be *nunc pro tunc* to February 24, 2020 and assigns as reasons therefor the following:

**(a)** The undersigned has been CJA counsel for the defendant since March, 2019.

**(b)** The undersigned has discussed with the defendant the effect of the *Rehaif* decision and the defendant is desirous to see whether or not the benefits of that decision are applicable to him.

**(c)** The undersigned has, because the need to file is but approximately 3 to 4 months away before the defendant's potential rights are lost, already undertaken initial investigation of this matter.

**WHEREFORE**, Defendant Aylis Dryden respectfully requests that this Court GRANT the within motion and appoint James B. Krasnoo nunc pro tunc to February 24, 2020.

                                                           Defendant
                                                           Aylis Dryden
                                                           By his Attorney,

*/s/ James B. Krasnoo*
James B. Krasnoo (Bar No. 17686)
jkrasnoo@kkf-attorneys.com
Krasnoo, Klehm and Falkner, LLP
28 Andover Street, Suite 240
Andover, MA  01810
(978) 475-9955
(978) 474-9005 (facsimile)

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the within motion was served upon AUSA Michelle Dineen Jerrett United States' Attorney's Office, Ninth Floor, One Courthouse Way, Boston, MA 02210 via her email address Michelle.Dineen.Jerrett@usdoj.gov, through the Court's ECF electronic filing system, on March 31, 2020.

*/s/ James B. Krasnoo*
James B. Krasnoo